IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES E. STATEN,**

    **Plaintiff,**

    vs.

**CASINO QUEEN,**

    **Defendant.**                                  NO. 11-CV-275-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 18, 2011, this case is **DISMISSED** with prejudice.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**

                                        **BY:**        **/s/*Sandy Pannier***
                                                             **Deputy Clerk**

Dated: April 18, 2011

Digitally signed by David R. Herndon
Date: 2011.04.18 15:10:59 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT